Certificate Number: 12433-PAM-DE-035633019

Bankruptcy Case Number: 21-00786



12433-PAM-DE-035633019

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 3, 2021</u>, at <u>2:52</u> o'clock <u>PM EDT</u>, <u>Thomas J. Kenneally</u> completed a course on personal financial management given <u>by telephone</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>May 3, 2021</u>        By:    <u>/s/Lance Brechbill</u>

                              Name:  <u>Lance Brechbill</u>

                              Title:  <u>Teacher</u>