United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 21-00786-HWV
Thomas James Kenneally  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 2
Date Rcvd: May 18, 2021  Form ID: ntcnfhrg  Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas James Kenneally, PO Box 694, Brodheadsville, PA 18322-0694 |
| 5402806 | + | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5402304 | + | ELIZABETH KENNEALLY, 206 UPPER GREEN HILL ROAD, KUNKLETOWN, PA 18058-7383 |
| 5405349 | + | PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington DE 19801-5148 |
| 5408661 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5402306 | + | ROBERT KLEIN, ESQ., 425 COMMERCE DRIVE, SUITE 150, FORT WASHINGTON, PA 19034-2727 |
| 5402310 | | WELLS FARGO CARD SERVICES, CREDIT BUREAU DISPU RES, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 5405032 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | May 18 2021 19:04:49 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 18 2021 19:04:49 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5402300 | + | Email/Text: ally@ebn.phinsolutions.com | May 18 2021 18:56:00 | ALLY FINANCIAL, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 5402301 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 18 2021 19:04:48 | CAPITAL ONE BANK USA, PO BOX 85015, RICHMOND, VA 23285-5075 |
| 5402302 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 18 2021 18:56:00 | CITIZENS ONE AUTO FINANCE, 480 JEFFERSON BLVD, WARWICK, RI 02886 |
| 5404845 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 18 2021 18:56:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 5404596 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 18 2021 19:04:48 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5402303 | | Email/Text: mrdiscen@discover.com | May 18 2021 18:56:00 | DISCOVER BANK, PO BOX 15316, ATTN: CMS/PROD DEVELOP., WILMINGTON, DE 19850-5316 |
| 5404303 | | Email/Text: mrdiscen@discover.com | May 18 2021 18:56:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 5402305 | + | Email/Text: bankruptcyteam@quickenloans.com | May 18 2021 18:56:00 | QUICKEN LOANS INC, 1050 WOODWARD AVENUE, DETROIT, MI 48226-3573 |
| 5402307 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 18 2021 19:05:21 | SEARS CREDIT CARDS, PO BOX 9001055, LOUISVILLE, KY 40290-1055 |
| 5402308 | | Email/PDF: gecsedi@recoverycorp.com | May 18 2021 19:05:02 | SYNCB/CAR CARE MAVIS TIRE, PO BOX 965036, 950 FORRER BLVD., ORLANDO, FL 32896-5036 |
| 5402309 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| | | | |
|---|---|---|---|
| | | May 18 2021 19:05:02 | SYNCB/LOWES, 4125 WINDWARD PLAZA, ALPHARETTA, GA 30005-8738 |
| 5402633 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | May 18 2021 19:05:02 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5402311 | + Email/Text: BKRMailOps@weltman.com | | |
| | | May 18 2021 18:56:00 | WELTMAN WEINBERG & REIS, 965 KEYNOTE CIRCLE, CLEVELAND, OH 44131-1829 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Thomas James Kenneally lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 4

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Thomas James Kenneally,<br> aka Thomas J. Kenneally, aka Thomas Kenneally, | Chapter 13 |
| **Debtor 1** | Case No. 5:21−bk−00786−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 24, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: July 1, 2021 <br><br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 18, 2021 |

ntcnfhrg (03/18)