UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: THOMAS JAMES KENNEALLY a/k/a : CHAPTER 13
       THOMAS KENNEALLY a/k/a :
       THOMAS J. KENNEALLY :
         Debtor :
 :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
     Movant :
 :
   vs. :
 :
THOMAS JAMES KENNEALLY a/k/a :
THOMAS KENNEALLY a/k/a :
THOMAS J. KENNEALLY :
     Respondent : CASE NO. 5-21-bk-00786

OBJECTION TO DEBTOR'S EXEMPTIONS

AND NOW, this 17th day May, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the debtor's exemptions for the following reason(s):

1. Trustee objects to debtor's exemption of assets claimed under 11 U.S.C. §522(b)(3).

WHEREFORE, Trustee requests Your Honorable Court to sustain Trustee's Objection to Debtor's Exemptions.

Respectfully submitted,

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717)566-6097

CERTIFICATE OF SERVICE

    AND NOW, this 24th day May, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Vincent Rubino, Esquire
712 Monroe Street
P.O. Box 511
Stroudsburg, PA 18360

                 /s/Deborah A. Behney
                 Office of Jack N. Zaharopoulos
                 Standing Chapter 13 Trustee