UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: THOMAS JAMES KENNEALLY a/k/a : CHAPTER 13
THOMAS KENNEALLY a/k/a :
THOMAS J. KENNEALLY :
    Debtor :
 :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
 :
    vs. :
 :
THOMAS JAMES KENNEALLY a/k/a :
THOMAS KENNEALLY a/k/a : CASE NO. 5-21-bk-00786-HWV
THOMAS J. KENNEALLY :
    Respondent : OBJECTION TO EXEMPTIONS

## ORDER

Upon consideration of the Trustee's Objection to Debtor's Exemptions,

IT IS HEREBY ORDERED that the Trustee's Objection to Exemptions is sustained.