UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: THOMAS JAMES KENNEALLY a/k/a THOMAS KENNEALLY a/k/a THOMAS J. KENNEALLY<br>　　Debtor | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS STANDING CHAPTER 13 TRUSTEE<br>　　Movant | : | |
| v. | : | |
| THOMAS JAMES KENNEALLY a/k/a THOMAS KENNEALLY a/k/a THOMAS J. KENNEALLY<br>　　Respondent | : | CASE NO. 5:21-BK-786 |

**RESPONSE TO OBJECTION TO DEBTOR'S EXEMPTIONS**

AND NOW comes Debtor, Thomas James Kenneally, and responds to the Objection of Standing Chapter 13 Trustee to Debtor's Exemptions as follows:

1. Denied. Debtor submits the exemption of assets under 11 U.S.C. § 522(b)(3) is appropriate.

WHEREFORE, Debtor requests the Court deny Trustee's Objection to Debtor's Exemptions.

Respectfully Submitted,

**NEWMAN WILLIAMS, P.C.**

/s/ Robert J. Kidwell
712 Monroe Street
Stroudsburg, PA 18360
*Attorneys for Debtor*