**Fill in this information to identify the case:**

Debtor 1     THOMAS JAMES KENNEALLY

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   MIDDLE     District of  PA
                                                         (State)

Case number   21-00786

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made          12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

**Part 1:**   **Mortgage Information**

**Name of claim holder:**     QUICKEN LOANS, LLC                 Court claim no. (if known):
                                                            6

**Last 4 digits** of any number you use to identify the debtor's account:     2   8   6   5

**Property address:**     206 UPPER GREEN HILL ROAD
                                Number       Street

                                KUNKLETOWN,       PA       18058
                                City                  State      ZIP Code

**Part 2:**   **Statement of Completion**

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

**Part 3:**   **Arrearages**

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 147.14 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 147.14 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. Total amount of arrearages disbursed by the trustee: | $ 147.14 |

Case 5:21-bk-00786-MJC    Doc 52    Filed 01/28/26    Entered 01/28/26 10:22:03    Desc
Main Document      Page 1 of 3

## Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:     $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on
   _____. All subsequent ongoing mortgage payments must be made directly by the debtor
   to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:     $ _____

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/Donna Schott, Funds Manager          Date  1 / 28 / 2026
Signature

Trustee  Jack          N          Zaharopoulos
         First Name    Middle Name    Last Name

Address  8125 Adams Drive, Suite A
         Number          Street

         Hummelstown          PA        17036
         City                 State     ZIP Code

Contact phone  ( 717 ) 566 – 6097          Email  info@pamd13trustee.com

# Disbursements for Claim

**Case: 21-00786**      **THOMAS JAMES KENNEALLY**

**QUICKEN LOANS INC**
635 WOODWARD AVENUE

DETROIT, MI   48226-

Acct No: Upper Green Hill Rd - PRE_AF

ARREARS - 206 UPPER GREEN HILL ROAD

Sequence: 24
Modify:
Filed Date:
Hold Code:

| | Debt: | $147.14 | Interest Paid: | $0.00 |
|---|---|---|---|---|
| Amt Sched: $223,408.00 | | | Accrued Int: | $0.00 |
| Amt Due: $0.00 | Paid: | $147.14 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **QUICKEN LOANS INC** | | | | | | | |
| 520-0 | QUICKEN LOANS INC | | 08/07/2024 | 2039272 | $147.14 | $0.00 | $147.14 | 08/15/2024 |

|  | | | Sub-totals: | $147.14 | $0.00 | $147.14 |
|---|---|---|---|---|---|---|
| | | | Grand Total: | $147.14 | $0.00 | |