Newman Williams, P.C.
ATTORNEYS AT LAW
A Professional Corporation

712 Monroe Street
Stroudsburg, PA 18360
570.421.9090

www.newmanwilliams.com

January 29, 2026

Clerk
U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

        *RE:   Thomas Kenneally*
                *Case No. 5:21-bk-00786*

Dear Clerk:

    We have been informed by our client(s), Thomas Kenneally, that he has a new address, as follows:

        206 Upper Green Hill Road
        Kunkletown, PA 18058

    Please correct the docket and mailing matrix accordingly. Thank you.

                Very truly yours,

                */s/ Vincent Rubino*

                Vincent Rubino