United States Bankruptcy Court

Middle District of Pennsylvania

In re: Case No. 21-00786-MJC

Thomas James Kenneally
    Debtor

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Jan 30, 2026     Form ID: 3180W     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas James Kenneally, 206 Upper Green Hill Road, Kunkletown, PA 18058-7383 |
| 5402304 | + | ELIZABETH KENNEALLY, 206 UPPER GREEN HILL ROAD, KUNKLETOWN, PA 18058-7383 |
| 5428160 | | Lehigh Valley Health Network, PO Box 781733, Philadelphia, PA 19178-1733 |
| 5402306 | + | ROBERT KLEIN, ESQ., 425 COMMERCE DRIVE, SUITE 150, FORT WASHINGTON, PA 19034-2727 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jan 30 2026 23:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5402300 | + | EDI: GMACFS.COM | Jan 30 2026 23:43:00 | ALLY FINANCIAL, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 5402806 | + | EDI: AISACG.COM | Jan 30 2026 23:43:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5419580 | + | EDI: AISACG.COM | Jan 30 2026 23:43:00 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5413688 | + | EDI: AAFES | Jan 30 2026 23:43:00 | Army & Air Force Exchange Services, Attention GC-G, 3911 S. Walton Walker Blvd., Dallas, TX 75236-1509 |
| 5402301 | | EDI: CAPITALONE.COM | Jan 30 2026 23:43:00 | CAPITAL ONE BANK USA, PO BOX 85015, RICHMOND, VA 23285-5075 |
| 5402302 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 30 2026 18:42:00 | CITIZENS ONE AUTO FINANCE, 480 JEFFERSON BLVD, WARWICK, RI 02886 |
| 5404845 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 30 2026 18:42:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 5404596 | | EDI: CAPITALONE.COM | Jan 30 2026 23:43:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5402303 | | EDI: DISCOVER | Jan 30 2026 23:43:00 | DISCOVER BANK, PO BOX 15316, ATTN: CMS/PROD DEVELOP., WILMINGTON, DE 19850-5316 |
| 5404303 | | EDI: DISCOVER | Jan 30 2026 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 5412992 | | EDI: IRS.COM | Jan 30 2026 23:43:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5543588 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2026 18:51:33 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543589 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 30 2026 18:51:33 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5405349 | | Email/Text: inveniobkt@phillips-cohen.com | Jan 30 2026 18:42:00 | PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington DE 19801 |
| 5414246 | | EDI: PRA.COM | Jan 30 2026 23:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5402305 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jan 30 2026 18:42:00 | QUICKEN LOANS INC, 1050 WOODWARD AVENUE, DETROIT, MI 48226-3573 |
| 5408661 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jan 30 2026 18:42:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5402307 | | EDI: CITICORP | Jan 30 2026 23:43:00 | SEARS CREDIT CARDS, PO BOX 9001055, LOUISVILLE, KY 40290-1055 |
| 5402308 | | EDI: SYNC | Jan 30 2026 23:43:00 | SYNCB/CAR CARE MAVIS TIRE, PO BOX 965036, 950 FORRER BLVD., ORLANDO, FL 32896-5036 |
| 5402309 | + | EDI: SYNC | Jan 30 2026 23:43:00 | SYNCB/LOWES, 4125 WINDWARD PLAZA, ALPHARETTA, GA 30005-8738 |
| 5402633 | + | EDI: PRA.COM | Jan 30 2026 23:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5402310 | | EDI: WFHOME | Jan 30 2026 23:43:00 | WELLS FARGO CARD SERVICES, CREDIT BUREAU DISPU RES, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 5402311 | + | Email/Text: BKRMailOps@weltman.com | Jan 30 2026 18:42:00 | WELTMAN WEINBERG & REIS, 965 KEYNOTE CIRCLE, CLEVELAND, OH 44131-1829 |
| 5405032 | | EDI: WFCCSBK | Jan 30 2026 23:43:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5419384 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 01, 2026  Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor QUICKEN LOANS LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Thomas James Kenneally rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Thomas James Kenneally lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Thomas James Kenneally<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–3097<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:21-bk-00786-MJC | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas James Kenneally
aka Thomas J. Kenneally, aka Thomas Kenneally

1/30/26

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**