**Fill in this information to identify the case:**

| | |
|---|---|
| **Debtor 1** | Thomas James Kenneally |
| **Debtor 2** (Spouse, if filing) | |
| United States Bankruptcy Court for the: **Middle** District of | **Pennsylvania** (State) |
| Case number | 5:21-bk-00786-MJC |

## Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

12/25

The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:** Rocket Mortgage, LLC, s/b/m Nationstar Mortgage, LLC

Court claim no. (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX2865

**Property address:**

206 UPPER GREEN HILL RD
Number          Street

KUNKLETOWN, PA 18058
City          State          ZIP Code

| Part 2: | Arrearages |
|---|---|

The total amount received to cure any arrearages as of the date of this response:     $ 147.14                .

*Check all that apply:*

☒ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepeitition arrearage remaining unpaid as of the date of this notice:     $_____

☒ The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpeitition arrearage remaining unpaid as of the date of this notice:     $0.00

| Part 3: | Postpetition Payment |
|---|---|

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on:     _____

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

| | | |
|---|---|---|
| i. | Date last payment was received on the mortgage: | 02/02/2026 |
| ii. | Date next postpetition payment from the debtor is due: | 03/01/2026 |
| iii. | Amount of the next postpetition payment that is due: | $ 1,728.56 |
| iv. | Unpaid principal balance of the loan: | $ 172,568.81 |
| v. | Additional amounts due for any deferred or accrued interest: | $ 397.14 |
| vi. | Balance of the escrow account: | $ 4,108.38 |
| vii. | Balance of unapplied funds or funds held in a suspense account: | $ 590.48 |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $ 0.00 |

Case 5:21-bk-00786-MJC    Doc 59    Filed 02/25/26    Entered 02/25/26 18:58:58    Desc Main Document    Page 1 of 4

| Part 4: | Itemized Payment History |
|---------|--------------------------|

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs, are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- All prepetition and postpetition payments received;
- The application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

| Part 5: | Sign Here |
|---------|-----------|

The person completing this response must sign it. Check the appropriate box.

☐ I am the creditor

☒ I am the claim holder's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different
from the notice address listed on the proof of claim to which this response applies.

✗ _/s/Dana  O'Brien_                                      Date    02/25/2026
       Signature

Name       Dana  O'Brien
           First Name       Middle Name       Last Name

Title      Authorized Agent for the Creditor

Company    McCalla Raymer Leibert Pierce, LLP
           **Identify the corporate servicer as the company if the authorized agent is a servicer.**

Address    325 Chestnut Street, Suite 725
           Number             Street

           Philadelphia, PA 19106
           City             State             Zip Code

Contact phone    (312) 346-9088 X5188                    Email    Dana.OBrien@mccalla.com

**Please note that the information may not be current as of the response filing date. The Creditor may have required additional time to compile and verify the necessary data to prepare this response. Accordingly, the figures and representations provided herein may reflect the status of the account as of an earlier date and may not account for more recent activity.**

Case 5:21-bk-00786-MJC    Doc 59    Filed 02/25/26    Entered 02/25/26 18:58:58    Desc
                    Main Document      Page 2 of 4

In Re:    Thomas James Kenneally

Bankruptcy Case No.:    5:21-bk-00786-MJC
Chapter:    13
Judge:    Mark J Conway

## CERTIFICATE OF SERVICE

I, Dana O'Brien, of McCalla Raymer Leibert Pierce, LLP, 325 Chestnut Street, Suite 725, Philadelphia, PA 19106, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Response to Trustee's Notice of Disbursements Made in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Thomas James Kenneally
206 Upper Green Hill Road
Kunkletown, PA 18058

Robert J Kidwell,, Esq.               *(served via ECF Notification)*
Newman Williams
712 Monroe Street
Stroudsburg, PA 18360

Jack N Zaharopoulos, Trustee       *(served via ECF Notification)*
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee                 *(served via ECF Notification)*
United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

      I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   <u>02/25/2026</u>  By:  <u>*/s/Dana O'Brien*</u>
         (date)             Dana O'Brien,
                       Authorized Agent for the Creditor

```
SRV229R-04              ======================================================      2/25/26
SPAR1034                          Payoff Quote Include/Omit Items                   14:45:58
                        ======================================================      ADD

Loan Number                 PO Dt  2/25/26      Int Paid To    2/01/26
Inv#  GGB   Loan Type 04   Sub Code    00       Next Due Dt    3/01/26      Int Rate      3.500
Prin Bal      172,568.81          Per Diem Int              16.55      Int Calcs       397.14
Optional Items to I-Include or O-Omit:                                 Plan Number      00001
O  Escrow Balance              4,108.38      O  Total Late Charges            .00
   Interest on Escrow               .00      I  Total NSF Charges             .00
I  Escrow Advance                  .00       O  Optional Ins Payment          .00
I  Misc Suspense Bal            590.48       O  Prepayment Penalty            .00
I  Forbearance Bal                 .00       O  Mortgage Ins Premium          .00
O  Subsidy                         .00       O  Other Fees Due                .00
O  Hazard Suspense Bal             .00       O  Rebate Points Financed     0000000
   Int on Hazard Loss              .00       I  Deferred Principal            .00
O  Inv. Advance                    .00       O  Recording Fee        0000000000000
I  Corp Advance Bal                .00       O  Quote fee            0000000000000
I  Corp Expense Bal          1,055.42-       O  Oth2  COUNTY RECORDING FEE  0000000006875
O  Default Int Due                 .00       O  Oth1  ANTICIPATED FEE     0000000000000 +
I  Deferred Int                    .00       I  MBS Liq Difference         106.19
O  Prepaid Ins Rebate              .00
O  Partial Claims                  .00
Accept Quote - Y/N N                                   PO Amt          173,430.89


  F3=Exit   F5=Refresh   F6=New Loan#   F10=Fees   F16=Suspense   F24=More keys
```